**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ELEKTRA ENTERTAINMENT GROUP, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and CAPITOL RECORDS, INC., a Delaware corporation, Plaintiffs | : | |
| VS. | : | C.A. No. 04 - 367 T |
| ROSEMARY DUMONT Defendant | : | |

**ANSWER**

1. Paragraph No. 1 of Plaintiffs' Complaint contains a description of Plaintiffs' Complaint and therefore does not require an answer. The Defendant leaves Plaintiffs to their proof.

2. The Defendant is without information sufficient to admit or deny the allegations contained in Paragraph No. 2 of Plaintiffs' Complaint and therefore leaves Plaintiffs to their proof.

3. The Defendant admits the allegation of her residence in the jurisdiction of this District and the personal jurisdiction of this Court but denies the other allegations contained in Paragraph No. 3 of Plaintiffs' Complaint.

4. The Defendant is without information sufficient to admit or deny the allegations contained in Paragraph No. 4 of Plaintiffs' Complaint and therefore leaves Plaintiffs to their proof.

2

5. The Defendant is without information sufficient to admit or deny the allegations contained in Paragraph No. 5 of Plaintiffs' Complaint and therefore leaves Plaintiffs to their proof.

6. The Defendant is without information sufficient to admit or deny the allegations contained in Paragraph No. 6 of Plaintiffs' Complaint and therefore leaves Plaintiffs to their proof.

7. The Defendant is without information sufficient to admit or deny the allegations contained in Paragraph No. 7 of Plaintiffs' Complaint and therefore leaves Plaintiffs to their proof.

8. The Defendant is without information sufficient to admit or deny the allegations contained in Paragraph No. 8 of Plaintiffs' Complaint and therefore leaves Plaintiffs to their proof.

9. The Defendant admits the allegations contained in Paragraph No. 9 of the Plaintiffs' Complaint.

## COUNT I

10. The responses to Paragraph Nos. 1 through 9 of the Plaintiffs' Complaint are incorporated herein by reference.

11. The Defendant is without information sufficient to admit or deny the allegations contained in Paragraph No. 11 of Plaintiffs' Complaint and therefore leaves Plaintiffs to their proof.

12. The Defendant is without information sufficient to admit or deny the allegations contained in Paragraph No. 12 of Plaintiffs' Complaint and therefore leaves Plaintiffs to their proof.

13. The Defendant denies the allegations contained within Paragraph No. 13 of the Plaintiffs' Complaint.

14. The Defendant denies the allegations contained within Paragraph No. 14 of the Plaintiffs' Complaint.

15. The Defendant denies the allegations contained within Paragraph No. 15 of the Plaintiffs' Complaint.

16. The Defendant denies the allegations contained within Paragraph No. 16 of the Plaintiffs' Complaint.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

Plaintiffs' claims are moot.

### Third Affirmative Defense

Plaintiffs' Complaint does not present this Court with a justiciable case or controversy.

WHEREFORE, the Defendant prays that Plaintiffs' Complaint be dismissed, with costs and any fees awarded to the Defendant.

Date: September 13, 2004

Respectfully submitted,

Rosemary Dumont
39 Scott Road, Apt. 3
Cumberland, RI 02864

## CERTIFICATE OF SERVICE

**I hereby certify that on September 15, 2004, I sent, by first class mail postage prepaid, a copy of the within Answer to James E. O'Neill, Attorney for the** Plaintiffs, The Meadows, Suite A103, 1130 Ten Rod Road, North Kingstown, RI 02852

**Rosemary Dumont**