**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ELEKTRA ENTERTAINMENT GROUP, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and CAPITOL RECORDS, INC., a Delaware corporation, Plaintiffs | : | |
| VS. | : | C.A. No. 04-367T |
| ROSEMARY DUMONT Defendant | : | |

**ENTRY OF APPEARANCE**

Now come Attorney Sara M. Quinn and Attorney Teresa Quinn to enter their appearances in the above case on behalf of Defendant ROSEMARY DUMONT.

Respectfully submitted on behalf of Rosemary Dumont ~~by her~~ attorneys:

Date March 21, 2005

Sara M. Quinn

Sara M. Quinn #2798
Attorney at Law
Quinn & Quinn, LLP
260 West Exchange Street, Suite 310
Providence, Rhode Island 02903
Telephone: (401)274-3000
Facsimile: (401)274-3074

Teresa Quinn

Teresa Quinn #2797
Attorney at Law
Quinn & Quinn, LLP
260 West Exchange Street, Suite 310
Providence, Rhode Island 02903
Telephone: (401)274-3000
Facsimile: (401)274-3074

6

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2005, I sent, by first class mail postage prepaid, a copy of the within Entry of Appearance to James E. O'Neil, Attorney for the Plaintiffs, The Meadows, Suite A103, 1130 Ten Rod Road, North Kingstown, RI 02852

Sara M. Quinn