UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; and CAPITOL RECORDS, INC., a Delaware corporation, Plaintiffs, v. ROSEMARY DUMONT, Defendant. | Civil No.: CA 04 367 T |

**NOTICE OF SATISFACTION OF MONETARY PORTION OF JUDGMENT**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE THAT:

1. Judgment Creditors, ELEKTRA ENTERTAINMENT GROUP INC.; UMG RECORDINGS, INC.; ARISTA RECORDS, INC.; BMG MUSIC; and CAPITOL RECORDS, INC. and Judgment Debtor, ROSEMARY DUMONT stipulated to a judgment ("Stipulated Judgment") in favor of Plaintiffs in the above-entitled action. The Court has entered the Stipulated Judgment.

2. The Stipulated Judgment includes a monetary payment.

3. Judgment Debtor has fully satisfied the monetary portion of the Stipulated Judgment.

DATED: 12/12/05 By: [signature]

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for ELEKTRA ENTERTAINMENT GROUP INC.; UMG RECORDINGS, INC.; ARISTA RECORDS, INC.; BMG MUSIC; and CAPITOL RECORDS, INC.